1066

[No. 18256-8-III.   Division Three.   March 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JERI LEIGH
SALTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00563-1, Craig J. Matheson, J., entered February 24, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.


[No. 18258-4-III.   Division Three.   March 16, 2000.]

THOMAS E. VILLANI, *Appellant*, v. LANA FAYE WEGENER, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-2-00581-1, Lesley A. Allan, J., entered January 20, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.


[No. 22585-9-II.   Division Two.   March 17, 2000.]

GARY SENESCU, ET AL., *Appellants*, v. PAPE & SONS
CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-00946-5, Frederick B. Hayes, J., entered September 19, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Hunt, JJ.


[No. 24510-8-II.   Division Two.   March 17, 2000.]

*In the Matter of the Estate of* CLARA E. MORTON.

EDWIN ROBERT MORTON, ET AL., *Appellants*, v. KATHRYN
MORTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-4-00026-8, H. John Hall, J., entered March 4, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Houghton, JJ.